SIMON D. PADDOCK, Appellant, *v.* KIRBY W. LEWIS et al., Respondents.

*Paddack* v. *Lewis*, 59 App. Div. 430, affirmed.
(Argued October 24, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

April 6, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*D. Raymond Cobb* for appellant.

*Le Roy B. Williams* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.